**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| RE: EDGAR F CONTRERAS | ) Case No. 17 B 02507 |
| DELIA B CIRUELAS | ) |
| Debtors | ) Chapter 13 |
| | ) |
| | ) Judge: JACK B SCHMETTERER |

## NOTICE OF MOTION

EDGAR F CONTRERAS                         GEORGE KASIOS LTD
DELIA B CIRUELAS                          via Clerk's ECF noticing procedures
4442 W GUNNISON ST #1
CHICAGO, IL 60630

Please take notice that on July 26, 2017 at 9:30 am my designee or I will appear before the Honorable Judge JACK B SCHMETTERER at 219 South Dearborn Courtroom 682, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, IL 60603 or by the methods indicated on June 16, 2017.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR TERM OF PLAN

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1.  On January 28, 2017 the Debtors filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2.  The debtor's plan was confirmed on April 05, 2017, for a period of 60 months.

3.  The plan will complete in 95 months, from the date of confirmation.

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to a term of a confirmed plan, pursuant to § 1322 (d) and § 1307 (c) (6).

Respectfully submitted,

TOM VAUGHN                                /s/ Tom Vaughn
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900