**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | | |
|---|---|---|
| | Edgar Contreras | Chapter:       13 |
| | Delia B. Ciruelas, | Judge:        Schmetterer |
| | Debtors. | Case No.      17-02507 |

### NOTICE OF MOTION

To:
Via the Bankruptcy Court Clerk's ECF notice system:
Tom Vaughn, Trustee (via electronic notice)
United States Trustee (via electronic notice)

Via USPS first class mail, postage pre-paid:
See attached list of creditors.

　　　PLEASE TAKE NOTICE that on June 06, 2018 at 10:00am, I shall appear before the Honorable Jack B. Schmetterer, Bankruptcy Judge in Courtroom 682 of the Dirksen Federal building, 219 S. Dearborn Street, Chicago, Illinois, or any other Judge presiding in his stead, and shall then and there present the attached motion to modify Chapter 13 plan, at which time you may appear if you so choose.

/s/ George Kasios
George Kasios (6315457)
The Law Office of George Kasios, Ltd.
4433 W. Touhy, Suite 208
Lincolnwood, IL 60712
Phone: 847-983-4900

### PROOF OF SERVICE

　　　I, the undersigned, certify that I caused this Notice and a copy of the attached documents to be served upon the entities named above and the parties listed on the attached service list by depositing the same in the U.S. Postal Service's mail box located at 4433 W. Touhy Ave., Lincolnwood, Illinois, on April 30, 2018 before 4:00pm, except that the Chapter 13 Trustee, US Trustee and any other party indicated in the Notice of Motion were served electronically by the court on such date.

/s/ George Kasios
George Kasios (6315457)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | |
|---|---|
| Edgar Contreras<br>Delia B. Ciruelas, | Chapter:    13 |
| | Judge:    Schmetterer |
| Debtors. | Case No.    17-02507 |

### MOTION TO MODIFY CHAPTER 13 PLAN

Now come the debtors, Edgar Contreras and Delia B. Ciruelas, by and through The Law Office of George Kasios, Ltd., and hereby move this Honorable Court pursuant to §1329(a) to enter an order Modifying Debtors' Chapter 13 Plan, and in support thereof state as follows:

1. The court has jurisdiction over this matter under 28 U.S.C. §§1334 and 157.

2. This is a core proceeding pursuant to 28 U.S.C. §157(b).

3. The Debtors filed a petition for relief pursuant to Chapter 13 of Title 11 of the United States Code on January 28, 2017.

4. The Debtors plan was confirmed on April 5, 2017.

5. The Debtors confirmed Chapter 13 plan calls for monthly payments of $372.00 for 60 months with a dividend of 100% to allowed unsecured creditors.

6. The Debtors modified their Chapter 13 plan on September 27, 2017 increasing the monthly payment to $411.00 a month while maintaining the 100% dividend to allowed unsecured creditors.

7. The Debtors Chapter 13 plan is set to complete after the allowed 60 month period.

8. The Debtors propose to increase their plan payments to $611.00 a month and maintain the 100% dividend to allowed unsecured creditors.

9. This plan payment increase will allow the Debtors' plan to complete by the 60th month.

10. The Debtors' current monthly income and expenses allows for this increase in payment. (See Exhibit A)

WHEREFORE, the Debtors respectfully pray this Court enter an order modifying the confirmed Chapter 13 plan, increasing their plan payment to $611.00, and for such further relief this Court deems just and proper.

/s/ George Kasios
George Kasios (6315457)
The Law Office of George Kasios, Ltd.
4433 W. Touhy, Suite 208
Lincolnwood, IL 60712
Phone: 847-983-4900