#44066

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | BK No. 17-02507 |
| | ) | (Jointly Administered) |
| Edgar Contreras | ) | |
| | ) | Chapter: 13 |
| Delia B. Ciruelas, | ) | |
| | ) | Honorable Jack B. Schmetterer |
| | ) | |
| Debtors | ) | |
| | ) | |
| | ) | |

## MOTION TO LIFT THE AUTOMATIC STAY

NOW COMES CREDITOR, Gunnison Condominium Association, by and through its attorneys, THE GIRARD LAW GROUP, P.C., and hereby moves that this Court lift the automatic stay, and in support of its Motion states as follows:

1. On January 28, 2017, the above captioned matter was filed in this Court.

2. Gunnison Condominium Association (the "Association") maintains the common elements for the property located at 4434-44 W. Gunnison Ave., Chicago, IL 60630, which includes Debtor's condominium property, 4442 W. Gunnison Ave., Unit 1, Chicago, IL 60630 (the "Property").

3. Pursuant to the Illinois Condominium Property Act, as unit owners, Debtors are responsible for paying their proportionate share of the common expenses on a monthly basis. The Association's Declaration of Condominium also requires that Debtors pay their monthly common expenses in a timely fashion.

4. Debtors have failed to pay such share of the common expenses and, as a result is indebted to the Association in the amount of $7,969.70 ($5,450.35 in pre-petition debt and $2,519.35 in post-petition debt) for the property as of February 12, 2019.

5. The Association is entitled to take legal action for possession of this property based on the post-petition debt.

6. The Action for possession would be an *in rem* action pursuant to the Association's right to possession and will not affect any of the Debtors' rights in this proceeding.

WHEREFORE, Creditor, Gunnison Condominium Association, moves that this Court grant Gunnison Condominium Association's Motion for Relief from Automatic Stay to allow the Association to proceed in an action for possession of the property located at 4442 W. Gunnison Ave., Unit 1, Chicago, IL 60630 and grant any further relief that this Court deems appropriate.

    Respectfully Submitted,
    Gunnison Condominium Association

By: _____
One of its attorneys

The Girard Law Group, P.C.
John G. Powers
4311 N. Ravenswood Ave., Suite 202
Chicago, IL 60613
(773) 598-4201
Attorney No. 44066