**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| RE: EDGAR F CONTRERAS<br>    DELIA B CIRUELAS | ) Case No. 17 B 02507<br>)<br>Debtors ) Chapter 13<br>)<br>) Judge: JACK B SCHMETTERER |

## NOTICE OF MOTION

EDGAR F CONTRERAS
DELIA B CIRUELAS
4442 W GUNNISON ST #1
CHICAGO, IL 60630

GEORGE KASIOS LTD
via Clerk's ECF noticing procedures

Please take notice that on June 19, 2019 at 10:00 am my designee or I will appear before the Honorable Judge JACK B SCHMETTERER at 219 South Dearborn Courtroom 682, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, Il 60603 or by the methods indicated on May 10, 2019.

/s/ Tom Vaughn

### TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On January 28, 2017 the Debtors filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. The debtor's plan was confirmed on April 05, 2017.

    A summary of the debtor's plan follows:

    Monthly Payment $611.00            Last Payment Received: 02/12/2019

    Amount Paid $10,305.00             Amount Delinquent $1,919.00

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to § 1307 (c) (6).

Respectfully submitted,

TOM VAUGHN
CHAPTER 13 TRUSTEE                   /s/ Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900